IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:06CV00323

| | |
|---|---|
| LISA TEMPLETON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE HOME DEPOT, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER

Pursuant to the Stipulation filed by the parties, and for other good cause shown, it is hereby ORDERED and adjudged that this action is dismissed with prejudice.

This is the 9th day of November, 2006.

_____
United States District Judge